DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SAILAJA M. PAIDIPATY (NYBN 5160007)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    sailaja.paidipaty@usdoj.gov

Attorneys for United States of America

FILED
AUG -1 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**TSH**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANDY REANOS-MORENO (a/k/a "Pelon"),<br>    et al,<br><br>    Defendants. | NO.: **3 19 71162**<br><br>GOVERNMENT'S MOTION FOR SEALING ORDER |

    The United States, by and through its counsel, Assistant United States Attorney, Sailaja M. Paidipaty, hereby moves this Court for an order sealing the government's application for a sealing order, the sealing order, the indictment, and arrest warrants in the above-referenced case until August 7, 2019, at 10:30 a.m. Disclosure of the specified documents might jeopardize the defendants' arrest and the progress of this ongoing investigation that is neither public nor known to unidentified co-conspirators of the investigation. The United States requests that the above materials be unsealed on August 7, 2019, at 10:30 a.m.

    Accordingly, the United States requests that the Court seal these documents until August 7,

2019, at 10:30 a.m., except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States Attorney's Office is permitted to share these documents as necessary with counsel for any defendant charged as a result of this investigation and with the Drug Enforcement Administration, which should be allowed to share the these materials with other law enforcement and intelligence agencies, including foreign law enforcement and intelligence agencies, for use in investigation and prosecution.

DATED: July 31, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____
SAILAJA M. PAIDIPATY
Assistant United States Attorney