# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

FILED

AUG 15 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

Andy Reanos-Moreno, et al.

# CR 19   381

# WHA

DEFENDANT(S).

# INDICTMENT

21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances;
21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Controlled Substances;
21 U.S.C. § 853 – Forfeiture Allegation

A true bill.

_____
Foreman

Filed in open court this _15_ day of _August 2019_

Stephen Ybwra
_____
Clerk

Bail, $ _no bail court warrant_

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Controlled Substances

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Maximum 40 years imprisonment;
Maximum $5,000,000 fine;
Between 4 years and lifetime supervised release;
$100 special assessment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

### DEFENDANT - U.S

► ANDY REANOS-MORENO

DISTRICT COURT NUMBER

CR 19 381 WHA

FILED

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

19-71162 TSH

Name and Office of Person Furnishing Information on this form    DAVID L. ANDERSON

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    SAILAJA M. PAIDIPATY

AUG 15 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

### DEFENDANT

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes   If "Yes" give date filed
☐ No

DATE OF ARREST ►   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ►   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                     Before Judge:

Comments:

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─── OFFENSE CHARGED ───

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Controlled Substances

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Maximum 40 years imprisonment;
Maximum $5,000,000 fine;
Between 4 years and lifetime supervised release;
$100 special assessment.

─── DEFENDANT - U.S ───

▶ KAROL ERAZO REANOS

DISTRICT COURT NUMBER

CR 19 381 WHA

**FILED**

AUG 15 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

19-71162 TSH

Name and Office of Person Furnishing Information on this form    DAVID L. ANDERSON

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    SAILAJA M. PAIDIPATY

─── DEFENDANT ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes"
been filed? ☐ No     give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____    Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

---- OFFENSE CHARGED ----

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Controlled Substances

☐ Petty

☐ Minor

☐ Misde-meanor

☒ Felony

PENALTY: Maximum 40 years imprisonment;
Maximum $5,000,000 fine;
Between 4 years and lifetime supervised release;
$100 special assessment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

---- DEFENDANT - U.S ----

▶ MANUEL ARTEAGA A/K/A ANGEL CENTENO

DISTRICT COURT NUMBER

CR 19 381 WHA

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

19-71162 TSH

Name and Office of Person Furnishing Information on this form    DAVID L. ANDERSON

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    SAILAJA M. PAIDIPATY

FILED

AUG 15 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

---- DEFENDANT ----

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?    ☐ Yes    If "Yes" give date filed

☐ No

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

Bail Amount: _____

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____    Before Judge: _____

Comments: _____

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

─── OFFENSE CHARGED ───

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to
Distribute Controlled Substances

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Maximum 40 years imprisonment;
Maximum $5,000,000 fine;
Between 4 years and lifetime supervised release;
$100 special assessment.

**DEFENDANT - U.S**

ALLAN JOSUE FUNEZ OSORTO

DISTRICT COURT NUMBER

CR 19 381 WHA

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
☐ U.S. ATTORNEY  ☐ DEFENSE

☐ this prosecution relates to a
pending case involving this same
defendant

☒ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

19-71162 TSH

**IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction
☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes  If "Yes"
been filed? ☐ No  give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶  Month/Day/Year
TO U.S. CUSTODY

Name and Office of Person
Furnishing Information on this form  DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)  SAILAJA M. PAIDIPATY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:  Before Judge:

Comments:

FILED
AUG 15 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**

SAN FRANCISCO DIVISION

### OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Controlled Substances

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Maximum 40 years imprisonment;
Maximum $5,000,000 fine;
Between 4 years and lifetime supervised release;
$100 special assessment.

### DEFENDANT - U.S

▶ BRAYAN MARTINEZ

DISTRICT COURT NUMBER

CR 19 381

WHA

### PROCEEDING

FILED

Name of Complainant Agency, or Person (& Title, if any)

DEA

AUG 15 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

19-71162 TSH

Name and Office of Person
Furnishing Information on this form — DAVID L. ANDERSON

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned) — SAILAJA M. PAIDIPATY

### DEFENDANT

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☒ On this charge

5) ☐ On another conviction

☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes
been filed? ☐ No

If "Yes"
give date
filed

Month/Day/Year

DATE OF ARREST

Or... if Arresting Agency & Warrant were not

Month/Day/Year

DATE TRANSFERRED TO U.S. CUSTODY

Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

―――― OFFENSE CHARGED ――――

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to
Distribute Controlled Substances

☐ Petty

☐ Minor

☐ Misde-
meanor

☒ Felony

PENALTY: Maximum 40 years imprisonment;
Maximum $5,000,000 fine;
Between 4 years and lifetime supervised release;
$100 special assessment.

― DEFENDANT - U.S ―

▶ JOSUE NATANAEL PERDOMO MORENO A/K/A "CACHETE

DISTRICT COURT NUMBER

CR 19 381 WHA

――――― PROCEEDING ―――――

Name of Complainant Agency, or Person (& Title, if any)

DEA

FILED

AUG 15 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

☐ person is awaiting trial in another Federal or State Court
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:

☐ U.S. ATTORNEY ☐ DEFENSE

SHOW
DOCKET NO.

}

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

}

☒ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

19-71162 TSH

Name and Office of Person
Furnishing Information on this form    DAVID L. ANDERSON

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    SAILAJA M. PAIDIPATY

### DEFENDANT

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☒ On this charge

5) ☐ On another conviction      ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes       If "Yes"
been filed?  ☐ No       } give date
filed

DATE OF ▶       Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶       Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

―――― ADDITIONAL INFORMATION OR COMMENTS ――――

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT       Bail Amount:

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:       Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

—— OFFENSE CHARGED ——

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Controlled Substances

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Maximum 40 years imprisonment;
Maximum $5,000,000 fine;
Between 4 years and lifetime supervised release;
$100 special assessment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

—— DEFENDANT - U.S ——

▶ JOSE FRANKLIN RODRIGUEZ GARCIA

DISTRICT COURT NUMBER

CR 19 381 WHA

—— PROCEEDING ——

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

19-71162 TSH

Name and Office of Person Furnishing Information on this form    DAVID L. ANDERSON

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    SAILAJA M. PAIDIPATY

FILED

AUG 15 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

—— DEFENDANT ——

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes    If "Yes"
been filed?   ☐ No      give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─── **OFFENSE CHARGED** ───

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Controlled Substances

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Maximum 40 years imprisonment;
Maximum $5,000,000 fine;
Between 4 years and lifetime supervised release;
$100 special assessment.

─── **DEFENDANT - U.S** ───

▶ CESAR ESTRADA CRUZ

DISTRICT COURT NUMBER

CR 19 381 WHA

*FILED*

*AUG 15 2019*

*SUSAN Y. SOONG*
*CLERK, U.S. DISTRICT COURT*
*NORTH DISTRICT OF CALIFORNIA*

─── **PROCEEDING** ───

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

19-71162 TSH

Name and Office of Person
Furnishing Information on this form   DAVID L. ANDERSON

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   SAILAJA M. PAIDIPATY

─── **DEFENDANT** ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
☒ 1) If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   } If "Yes" give date filed
been filed?  ☐ No

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:   Before Judge:

Comments:

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

─── OFFENSE CHARGED ───

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Controlled Substances

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Maximum 40 years imprisonment;
Maximum $5,000,000 fine;
Between 4 years and lifetime supervised release;
$100 special assessment.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─── DEFENDANT - U.S ───

▶ ARNOLD CRUZ RODRIGUEZ A/K/A "JOSE"

DISTRICT COURT NUMBER

**CR** 19 3 81 **WHA**

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

19-71162 TSH

Name and Office of Person Furnishing Information on this form     DAVID L. ANDERSON

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)     SAILAJA M. PAIDIPATY

*FILED*
*AUG 15 2019*
*SUSAN Y. SOONG*
*CLERK, U.S. DISTRICT COURT*
*NORTH DISTRICT OF CALIFORNIA*

─── DEFENDANT ───

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction

} ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes been filed? ☐ No

} If "Yes" give date filed

DATE OF ARREST

Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶

Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                    Before Judge:

Comments:

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

— OFFENSE CHARGED —

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Controlled Substances

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Maximum 40 years imprisonment;
Maximum $5,000,000 fine;
Between 4 years and lifetime supervised release;
$100 special assessment.

DEFENDANT - U.S

▶ CHRISTIAN RODRIGUEZ-VALLE

DISTRICT COURT NUMBER

CR 19 381 WHA

DEFENDANT

— PROCEEDING —

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} 19-71162 TSH

Name and Office of Person
Furnishing Information on this form     DAVID L. ANDERSON

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     SAILAJA M. PAIDIPATY

FILED

AUG 15 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction
☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes
been filed? ☐ No
} If "Yes" give date filed _____

DATE OF ARREST     Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____     Before Judge: _____

Comments:

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

### OFFENSE CHARGED

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Controlled Substances

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Maximum 40 years imprisonment;
Maximum $5,000,000 fine;
Between 4 years and lifetime supervised release;
$100 special assessment.

**DEFENDANT - U.S**

▶ ALEX GOMEZ BARRIENTOS A/K/A "AXEL GAMEZ

DISTRICT COURT NUMBER

CR 19 3 81 WHA

FILED

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

19-71162 TSH

Name and Office of Person Furnishing Information on this form    DAVID L. ANDERSON

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    SAILAJA M. PAIDIPATY

AUG 15 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes" give date filed
been filed? ☐ No

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─── OFFENSE CHARGED ───

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Controlled Substances

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Maximum 40 years imprisonment;
Maximum $5,000,000 fine;
Between 4 years and lifetime supervised release;
$100 special assessment.

─── DEFENDANT - U.S. ───

▶ ERIC MONTOYA-MARQUEZ,

DISTRICT COURT NUMBER

**CR 19 381 WHA**

*FILED*

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

DEA

AUG 15 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

19-71162 TSH

Name and Office of Person Furnishing Information on this form    DAVID L. ANDERSON

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    SAILAJA M. PAIDIPATY

─── DEFENDANT ───

IS *NOT* IN CUSTODY

Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes"
been filed?  ☐ No     give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

─ OFFENSE CHARGED ─

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) - Conspiracy to Distribute Controlled Substances

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Maximum 40 years imprisonment;
Maximum $5,000,000 fine;
Between 4 years and lifetime supervised release;
$100 special assessment.

─ DEFENDANT - U.S ─

▶ KEVIN ARTEAGA-MORALES A/K/A JAIRO MEDINA

DISTRICT COURT NUMBER

CR 19 381 WHA

FILED

AUG 15 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

─ PROCEEDING ─

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

19-71162 TSH

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   SAILAJA M. PAIDIPATY

─ DEFENDANT ─

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
☒ 1) If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
☐ Federal  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes" give date filed
been filed?  ☐ No

DATE OF ARREST   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   Month/Day/Year

☐ This report amends AO 257 previously submitted

─ ADDITIONAL INFORMATION OR COMMENTS ─

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:                Before Judge:

Comments:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─── OFFENSE CHARGED ───

21 U.S.C. § 841(a)(1) and (b)(1)(C) - Possession with Intent to Distribute Cocaine

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

**DEFENDANT - U.S**

▶ NICOLAS SORIA

**DISTRICT COURT NUMBER**

CR 19 381 WHA

PENALTY: Maximum 20 years imprisonment;
Maximum $1,000,000 fine;
Between 3 years and lifetime supervised release;
$100 special assessment.

─── PROCEEDING ───

**Name of Complainant Agency, or Person (& Title, if any)**

DEA

☐ person is awaiting trial in another Federal or State Court give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

19-71162 TSH

Name and Office of Person Furnishing Information on this form    DAVID L. ANDERSON

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    SAILAJA M. PAIDIPATY

FILED

AUG 15 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

─── DEFENDANT ───

**IS NOT IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
  1) ☒ If not detained give date any prior summons was served on above charges ▶

  2) ☐ Is a Fugitive

  3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
  4) ☐ On this charge

  5) ☐ On another conviction  ☐ Federal  ☐ State

  6) ☐ Awaiting trial on other charges
     If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
  If "Yes" give date filed

**DATE OF ARREST** ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:    Before Judge:

Comments:

DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED

AUG 15 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>ANDY REANOS-MORENO,<br>      a/k/a "Pelon",<br>KAROL ERAZO REANOS,<br>MANUEL ARTEAGA,<br>      a/k/a "Come" a/k/a "Comer",<br>      a/k/a "Angel Centeno Alvarado",<br>      a/k/a "Angel David Centeno",<br>ALLAN JOSUE FUNEZ OSORTO,<br>BRAYAN MARTINEZ,<br>JOSUE NATANAEL PERDOMO MORENO,<br>      a/k/a "Cachete",<br>      a/k/a "Raul Mejia",<br>JOSE FRANKLIN RODRIGUEZ GARCIA,<br>CESAR ESTRADA CRUZ,<br>ARNOLD CRUZ RODRIGUEZ,<br>      a/k/a "Jose",<br>      a/k/a "Carlos Aguilar",<br>CHRISTIAN RODRIGUEZ-VALLE,<br>ALEX GOMEZ BARRIENTOS,<br>      a/k/a "Axel Gamez",<br>      a/k/a "Santo Jenaro",<br>      a/k/a "Juan Carlos Villatoro",<br>      a/k/a "Freddie Heren Gamez",<br>ERIC MONTOYA MARQUEZ,<br>KEVIN ARTEAGA-MORALES,<br>      a/k/a "Jairo Medina", and<br>NICOLAS SORIA,<br><br>      Defendants. | CASE NO. **CR 19 381 WHA**<br><br>VIOLATIONS:<br>21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances;<br>21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Controlled Substances;<br>21 U.S.C. § 853 – Forfeiture Allegation |

INDICTMENT                   1

# INDICTMENT

The Grand Jury charges:

COUNT ONE:     (21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B) – Conspiracy to Distribute and Possess with Intent to Distribute 5 Grams and More of Methamphetamine, Heroin, Cocaine Base, and Cocaine)

Beginning on a date unknown to the grand jury, but no later than in or about January 2019, and continuing to on or about July 30, 2019, in the Northern District of California and elsewhere, the defendants,

ANDY REANOS-MORENO,
a/k/a "Pelon",
KAROL ERAZO REANOS,
MANUEL ARTEAGA,
a/k/a "Come" a/k/a "Comer",
a/k/a "Angel Centeno Alvarado",
a/k/a "Angel David Centeno",
ALLAN JOSUE FUNEZ OSORTO,
BRAYAN MARTINEZ,
JOSUE NATANAEL PERDOMO MORENO,
a/k/a "Cachete",
a/k/a "Raul Mejia",
JOSE FRANKLIN RODRIGUEZ GARCIA,
CESAR ESTRADA CRUZ,
ARNOLD CRUZ RODRIGUEZ,
a/k/a "Jose",
a/k/a "Carlos Aguilar",
CHRISTIAN RODRIGUEZ-VALLE,
ALEX GOMEZ BARRIENTOS,
a/k/a "Axel Gamez",
a/k/a "Santo Jenaro",
a/k/a "Juan Carlos Villatoro",
a/k/a "Freddie Heren Gamez",
ERIC MONTOYA MARQUEZ,
KEVIN ARTEAGA-MORALES,
a/k/a "Jairo Medina",

and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute and possess with intent to distribute controlled substances, specifically, 5 grams and more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled

substance, and a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(B).

COUNT TWO:     (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Cocaine)

On or about July 11, 2019, in the Northern District of California and elsewhere, the defendant,

NICOLAS SORIA,

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

FORFEITURE ALLEGATION:     (21 U.S.C. § 853(a))

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Upon conviction of any the offenses alleged in Counts One and Two above, the defendants,

ANDY REANOS-MORENO,
a/k/a "Pelon",
KAROL ERAZO REANOS,
MANUEL ARTEAGA,
a/k/a "Come" a/k/a "Comer",
a/k/a "Angel Centeno Alvarado",
a/k/a "Angel David Centeno",
ALLAN JOSUE FUNEZ OSORTO,
BRAYAN MARTINEZ,
JOSUE NATANAEL PERDOMO MORENO,
a/k/a "Cachete",
a/k/a "Raul Mejia",
JOSE FRANKLIN RODRIGUEZ GARCIA,
CESAR ESTRADA CRUZ,
ARNOLD CRUZ RODRIGUEZ,
a/k/a "Jose",
a/k/a "Carlos Aguilar",
CHRISTIAN RODRIGUEZ-VALLE,
ALEX GOMEZ BARRIENTOS,
a/k/a "Axel Gamez",
a/k/a "Santo Jenaro",
a/k/a "Juan Carlos Villatoro",

a/k/a "Freddie Heren Gamez";
ERIC MONTOYA MARQUEZ,
KEVIN ARTEAGA-MORALES,
a/k/a "Jairo Medina", and
NICOLAS SORIA,

shall forfeit to the United States all right, title, and interest in any property constituting and derived from any proceeds the defendants obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment and the following:

a. $494 seized on April 12, 2019, from RODRIGUEZ-VALLE in San Francisco, California;

b. $2,570 seized on June 19, 2019, from a residence on 91st Avenue in Oakland, California;

c. $4,465 seized on June 21, 2019, from a residence on 103rd Avenue in Oakland, California;

d. $17,997 seized on July 11, 2019, from SORIA in Oakland, California;

e. $28,288 seized on August 6, 2019, from a residence on Earl Street in Oakland, California; and

f. $6,895 seized on August 6, 2019, from a residence on High Street in Oakland, California.

If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property of the defendant

pursuant to Title 21, United States Code, Section 853(p), up to the value of the property described above.

All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED: 15 AUG 2019

A TRUE BILL.

_____
FOREPERSON

DAVID L. ANDERSON
United States Attorney

_____
SAILAJA M. PAIDIPATY
Assistant United States Attorney

FILED

AUG 15 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

**Instructions:** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**

USA v. Andy Reanos-Moreno, et al.

**CASE NUMBER:**

CR 19 381

**WHA**

| | | | |
|---|---|---|---|
| Is This Case Under Seal? | Yes | No ✓ | |
| Total Number of Defendants: | 1 | 2-7 | 8 or more ✓ |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes | No ✓ | |
| Venue (Per Crim. L.R. 18-1): | SF ✓ | OAK | SJ |
| Is this a potential high-cost case? | Yes | No ✓ | |
| Is any defendant charged with a death-penalty-eligible crime? | Yes | No ✓ | |
| Is this a RICO Act gang case? | Yes | No ✓ | |

**Assigned AUSA (Lead Attorney):** Sailaja M. Paidipaty

**Date Submitted:** 8/15/2019

**Comments:**

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)