UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minutes

Date:  October 16, 2019                              Judge:  Honorable Charles R. Breyer

Court Reporter:  Marla Knox
Time: 11 Minutes
Case No.: CR19-0287-1, 2 CRB
        CR19-0343-3, 4 CRB
        CR19-0367-1, 2, 3, 4, 5, 6, 7, 8, 9, 13, 14, 15 CRB
        CR19-0381-1, 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 13, 14 CRB

Case Name:  USA v. Jose Luis Arteaga Vasquez, et al.
           USA v. Eduardo Alfonso Viera-Chirinos, et al.
           USA v. Andy Manuel Reanos-Moreno, et al.

Attorney(s) for Government:  Sailaja Paidipaty and Ryan Rezaei
Attorney(s) for Defendant(s):  *see below
Interpreter: Melinda Basker and Ellen Rosenthal
Deputy Clerk: Lashanda Scott

**\*Defendants listed below:**
3:19-cr-00287-CRB-1
USA v. Jose Luis Vasquez-Arteaga (CUSTODY)(Spanish) (I)
DEF: Brian Berson

3:19-cr-00287-CRB-2
USA v. Rosemon Fabricio Arteaga Vasquez (CUSTODY)(Spanish) (I)
DEF: James Vaughns

3:19-cr-00343-CRB-3
USA v. Gumaro Yescas (CUSTODY)(Waiver of Appearance)(Not Present)
DEF: Albert Boro for Miranda Kane

3:19-cr-00343-CRB-4
USA v. Justo Pastor Elbir (CUSTODY)(Spanish) (I)
DEF: Albert Boro for John Jordan

3:19-cr-00367-CRB-1
USA v. Eduardo Alfonso Viera-Chirinos (CUSTODY)(Spanish) (I)
DEF: Mark Goldrosen

3:19-cr-00367-CRB-2
USA v. Victor Viera-Chirinos (CUSTODY)(Spanish) (I)

DEF: Gregor Guy-Smith

3:19-cr-00367-CRB-3
USA v. Jorge Alberto Viera-Chirinos (CUSTODY)(Spanish) (I)
DEF: Jason Leong for Edwin Prather

3:19-cr-0367-CRB-5
USA v. Jorge Enrique Torres-Viera (Appearance Waived)(Not Present)
DEF: Charles Woodson

3:19-cr-00367-CRB-6
USA v. Karen Castro-Torres (CUSTODY)(Spanish) (I)
DEF: Galia Amram

3:19-cr-00367-CRB-7
USA v. Cilder Velasquez (CUSTODY)(Spanish) (I)
DEF: Adam Panella for Erick Guzman

3:19-cr-00367-CRB-8
USA v. Alexander Gonzalez-Vasquez (CUSTODY)(Spanish) (I)
DEF: Geoffrey Hansen

3:19-cr-00367-CRB-9
USA v. Gustavo Adolfo Gamez-Velasquez (CUSTODY)(Spanish) (I)
DEF: Jason Leong for Kenneth Wine

3:19-cr-00367-CRB-13
USA v. Elvin Mejia-Padilla (CUSTODY)(Spanish) (I)
DEF: Charles Woodson for Peter Arian

3:19-cr-00367-CRB-14
USA v. Yordi Yavier Agurcia Galindo (CUSTODY)(Spanish) (I)
DEF: Ann McGlenon

3:19-cr-00367-CRB-15
USA v. Rudis Valladeres-Caceres (CUSTODY)(Spanish) (I)
DEF: Adam Pennella

3:19-cr-00381-CRB-1
USA v. Andy Manuel Reanos-Moreno (CUSTODY)(Spanish) (I)
DEF: Gail Shifman

3:19-cr-00381-CRB-2
USA v. Karol Erazo Reanos (CUSTODY)(Spanish) (I)
DEF: Mark Vermeulen

3:19-cr-00381-CRB-3
USA v. Angel David Centeno (CUSTODY)(Spanish) (I)
DEF: Jason Leong for Shaffy Moeel and Matthew Dirkes

3:19-cr-00381-CRB-4
USA v. Allan Josue Funez Osorto (CUSTODY)(Spanish) (I)
DEF: Adam Gasner

3:19-cr-00381-CRB-5
USA v. Brayan Martinez (CUSTODY)(Spanish) (I) (Appearance Waived)(Not Present)
DEF: Richard Tamor

3:19-cr-00381-CRB-6
USA v. Josue Natanael Perdomo Moreno (Bond)(Spanish) (I)
DEF: Hugo Cabrera and Jeffrey Bornstein

3:19-cr-00381-CRB-7
USA v. Jose Franklin Rodriguez Garcia (CUSTODY)(Spanish) (I)
DEF: Harris Taback

3:19-cr-00381-CRB-9
USA v. Arnold David Cruz Rodriguez (CUSTODY)(Spanish) (I)
DEF: Albert Boro

3:19-cr-00381-CRB-10
USA v. Christian Rodriguez-Valle (CUSTODY)(Spanish) (I)
DEF: Robert Waggener

3:19-cr-00381-CRB-11
USA v. Alex Gomez Barrientos (CUSTODY)(Spanish) (I)
DEF: Christopher Morales

3:19-cr-00381-CRB-12
USA v. Eric Javier Montoya Marquez (Bond)(Spanish) (I)
DEF: Dena Young

3:19-cr-00381-CRB-13
USA v. Kevin Arteaga-Morales (CUSTODY)(Spanish) (I)
DEF: Alanna Coopersmith

3:19-cr-00381-CRB-14
USA v. Nicolas Soria (Spanish) (I) (Waiver of Appearance)(Not Present)
DEF: Gail Shifman for Julia Jayne

## **Proceedings:**

Status conference held. Further status conference set for January 15, 2020 at 1:00 p.m.  The Court excludes time for the speedy trial act from October 15, 2019 through January 15, 2020. Defendants remanded to the US Marshal.

3:19-cr-00287-CRB-1 - USA v. Jose Luis Vasquez-Arteaga – Defendants true name is Jose Luis Arteage Vasquez.

3:19-cr-00381-CRB-1 – USA v. Andy Manuel Reanos-Moreno – Motion to Revoke hearing reset for October 23, 2019 at 1:30 p.m.