DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SAILAJA M. PAIDIPATY (NYBN 5160007)
RYAN REZAEI (CABN 285133)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7324
    sailaja.paidipaty@usdoj.gov
    ryan.rezaei@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDY REANOS-MORENO, et al,<br><br>    Defendants. | NO CR19-0381 CRB<br><br>STATEMENT OF THE UNITED STATES IN RESPONSE TO JANUARY 15, 2020 COURT ORDER |

During the January 15, 2020 status conference in the above-captioned case, the Court ordered the government to file a statement for each defendant outlining the following information: "quantity of drugs, potential mandatory minimum, criminal history category, deportation status, and how long the defendant has been in federal custody." Dkt. 128, Minute Entry. In response to the Court's order, the

//
//
//
//
//

STMT OF USA
NO CR 19-0381 CRB

1 United States submits the chart attached here.

2 DATED: January 27, 2020                    Respectfully submitted,

3

4                                             DAVID L. ANDERSON
                                            United States Attorney
                                             /s
5                                           SAILAJA M. PAIDIPATY
                                            RYAN REZAEI
6                                           Assistant United States Attorneys

| DEFENDANT | MINIMUM DRUG QUANTITY ATTRIBUTABLE TO DEFENDANT[1] | SUBJECT TO MANDATORY MINIMUM | CRIMINAL HISTORY CATEGORY[2] | IMMIGRATION STATUS | SUBJECT TO REMOVAL PROCEEDINGS | CUSTODY AND LITIGATION STATUS |
|---|---|---|---|---|---|---|
| ANDY REANOS-MORENO, a/k/a "Pelon" | Methamphetamine - 426.94 g<br>Heroin – 73 g<br>Cocaine Base - 72.55 g<br>Cocaine – 17.85 g<br>Fentanyl – 22.07 g<br>Total – 8,929 kg CDW[3] | Yes – 60 months (drug quantity supports 120-month mandatory minimum) | I | Legal Permanent Resident | Potentially, if convicted | In custody since 8/6/2019<br><br>Status hearing on 3/25/2020 |
| KAROL ERAZO REANOS | Methamphetamine - 426.94 g<br>Heroin – 73 g<br>Cocaine Base - 72.55 g<br>Cocaine – 17.85 g<br>Fentanyl – 22.07 g<br>Total – 8,929 kg CDW | Yes – 60 months (drug quantity supports 120-month mandatory minimum) | I | Undocumented | Yes | In custody since 8/6/2019<br><br>Status hearing on 3/25/2020 |
| MANUEL ARTEAGA, a/k/a "Come, a/k/a "Comer", a/k/a "Angel Centeno Alvarado", a/k/a "Angel David Centeno"" | Methamphetamine -145.36 g<br>Heroin – 41.7 g<br>Cocaine Base - 41.66 g<br>Fentanyl – 14.93 g<br>Total – 3134.99 kg CDW | Yes – 60 months (drug quantity supports 120-month mandatory minimum) | I | Undocumented | Yes | In custody since 8/6/2019<br><br>Status hearing on 3/25/2020 |
| ALLAN JOSUE FUNEZ OSORTO | Methamphetamine -53.1 g<br>Heroin – 31.45 g<br>Cocaine Base - 14.84 g<br>Fentanyl – .499 g<br>Total – 1147.69 kg CDW | Yes – 60 months (drug quantity supports 120-month mandatory minimum) | I | Undocumented | Yes | In custody since 8/6/2019<br><br>Change of plea scheduled for 2/12/2020 |

---

[1] The reported drug quantities are based on the government's current estimates. Additional chemical testing and analysis of intercepted communications are ongoing and these calculations may change depending on those assessments.

[2] The reported criminal history categories are estimates based on criminal history reports in the government's possession that have been produced to individual defendants. The criminal history categories have not been verified by U.S. Pretrial Services or the U.S. Probation Office.

[3] CDW refers to "Converted Drug Weight" as determined under U.S. Sentencing Guidelines § 2D1.1(c), Notes to Drug Quantity Table (K), and Application Note 8.

| Defendant | Minimum Drug Quantity Attributable to Defendant[1] | Subject to Mandatory Minimum | Criminal History Category[2] | Immigration Status | Subject to removal proceedings | Custody and Litigation Status |
|---|---|---|---|---|---|---|
| BRAYAN MARTINEZ | Methamphetamine - 49.91 g<br>Heroin – 25.43 g<br>Cocaine Base - 14.82 g<br>Total – 1076.55 kg CDW | Yes – 60 months | I | Undocumented | Yes | In custody since 8/6/2019<br><br>Change of plea scheduled for 2/12/2020 |
| JOSUE NATANAEL PERDOMO MORENO, a/k/a "Cachete", a/k/a "Raul Mejia" | Methamphetamine - 49.91 g<br>Heroin – 25.43 g<br>Cocaine Base - 14.82 g<br>Total – 1076.55 kg CDW | Yes – 60 months | I | Undocumented | Yes | Arrested on 8/6/2019<br><br>Released on bond on 9/2/2019<br><br>Fugitive as of 12/2/2019 |
| JOSE FRANKLIN RODRIGUEZ GARCIA | Methamphetamine – 25.03 g<br>Heroin – 14.58 g<br>Cocaine Base - 18.54 g<br>Fentanyl – 10.44 g<br>Total – 607 kg CDW | Yes – 60 months | I | Undocumented | Yes | In custody since 8/6/2019<br><br>Change of plea scheduled for 2/12/2020 |
| ARNOLD CRUZ RODRIGUEZ, a/k/a "Jose", a/k/a "Carlos Aguilar" | Methamphetamine – 282 g<br>Heroin – weight pending lab analysis<br>Total – 5,640 kg CDW | Yes – 60 months (drug quantity supports 120-month mandatory minimum) | I | Undocumented | Yes | In custody since 8/6/2019<br><br>Status hearing on 3/25/2020 |

| Defendant | Minimum Drug Quantity Attributable to Defendant[1] | Subject to Mandatory Minimum | Criminal History Category[2] | Immigration Status | Subject to removal proceedings | Custody and Litigation Status |
|---|---|---|---|---|---|---|
| CHRISTIAN RODRIGUEZ-VALLE | Heroin – 31.3 g<br>Cocaine Base - 13.6 g<br>Cocaine – 7.27 g<br>Fentanyl – 7.135<br>Total – 99.6 kg CDW | Yes – 60 months | I | Undocumented | Yes | In custody since 8/6/2019<br><br>Change of plea scheduled for 2/12/2020 |
| ALEX GOMEZ BARRIENTOS, a/k/a "Axel Gamez", a/k/a "Santo Jenaro", a/k/a "Juan Carlos Villatoro", a/k/a "Freddie Heren Gamez | Cocaine Base - 17.29 g<br>Cocaine – 10.58 g<br>Total – 63.88 kg CDW | Yes – 60 months | III | Undocumented | Yes | In custody since 8/6/2019<br><br>Status hearing on 3/25/2020 |
| ERIC MONTOYA MARQUEZ | Heroin - less than 10 g | Yes – 60 months | I | Legal Permanent Resident | Potentially, if convicted | Arrested on 8/6/2019<br><br>Released on bond on 8/16/2019<br><br>Status hearing on 3/25/2020 |

| Defendant | Minimum Drug Quantity Attributable to Defendant[1] | Subject to Mandatory Minimum | Criminal History Category[2] | Immigration Status | Subject to Removal Proceedings | Custody and Litigation Status |
|---|---|---|---|---|---|---|
| KEVIN ARTEAGA-MORALES, a/k/a "Jairo Medina" | Methamphetamine – less than 5 g | Yes – 60 months | II | Undocumented | Yes | In custody since 8/17/2019

Change of plea scheduled for 2/12 |
| NICOLAS SORIA | Cocaine – 497 g | No | I | Undocumented | Yes | Arrested on 9/4/2019

Released on bond on 9/5/2019

Status hearing on 3/25/2020 |