# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date:  June 10, 2022                    Judge:  Honorable Charles R. Breyer

Court Reporter: Marla Knox
Time: 18 Minutes
Case No.: CR19-0381-1 CRB
Case Name:  USA v. Andy Manuel Reanos-Moreno (Present)(Custody)

Attorney(s) for Government: Sailaja Paidipaty
Attorney(s) for Defendant(s): Christina DiEdoardo
Interpreter: Spanish – Nina Safdie
Probation Officer: Ashley Polk

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Sentencing hearing held.  Due to Covid19 pandemic, all parties consent to proceed by video conference. The Court sentenced the defendant to the Bureau of Prisons to a term of 72 months. Defendant placed on supervised release for a term of 4 years under the standard and special conditions. Defendant shall pay a special assessment of $100.  The Court finds the defendant does not have the ability to pay a fine and the Court orders it waived.  Refer to Judgment for additional information.   Defendant in custody at Santa Rita Jail.